# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RED MAPLE VILLAGE, L.P., an Arizona limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>RED MAPLE STATION LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:18-cv-03220-JAM-DB<br><br>**Order on Joint Stipulation to Continue Trial and Related Dates**<br><br>**(AS MODIFIED BY THE COURT)**<br><br>Hon. John A. Mendez<br><br>Complaint filed: December 17, 2018 |

GOOD CAUSE SHOWN, the request as set forth in the stipulation and joint request of plaintiff Red Maple Village, L.P., and defendant Red Maple Station LLC, to continue the trial date and related dates is GRANTED. The Court sets the following pre-trial and trial schedule:

a. Court Trial (4 days) — May 11, 2020 at 9:00 am
b. Final Pretrial Conference — March 27, 2020 at 11:00 am
c. L/D for Hearing on Dispositive Motions — January 28, 2020 at 1:30 pm

| | | |
|---|---|---|
| d. | L/D to file any Dispositive Motions | December 31, 2019 |
| e. | Rebuttal Expert Disclosures | November 25, 2019 |
| f. | Initial Expert Disclosures | November 11, 2019 |
| g. | Fact Discovery Cutoff | December 13, 2019 |

**IT IS SO ORDERED.**

Dated:   June 28, 2019

/s/ John A. Mendez_____
United States District Court Judge